UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHELLE WEAVER, *on behalf of herself and all others similarly situated*, | : | Case No. 1:22-cv-70 |
| | : | |
| | : | Judge Timothy S. Black |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| BROWN COUNTY SENIOR CITIZENS COUNCIL, | : | |
| | : | |
| | : | |
| Defendant. | : | |

# FINAL ORDER AND JUDGMENT
## APPROVING SETTLEMENT AND DISMISSING ACTION

This matter is before the Court on the parties' joint motion for approval of settlement pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  (Doc. 22).  The joint motion asks the Court to approve, as fair and reasonable, the proposed *Joint Stipulation of Settlement and Release* ("Settlement Agreement") and the Individual Payments Allocation Schedule.  (Docs. 22-1, 22-3).

Having reviewed the Settlement Agreement, as well as the pleadings and papers filed in this Action, and for good cause established therein, the joint motion (Doc. 22) is **GRANTED**, and the Court hereby enters this Final Order and Judgment Approving Settlement and Dismissing Action, as follows:

1.  Named/Representative Plaintiff Michelle Weaver asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, as well as the wage laws of the State of Ohio, Ohio Rev. Code §§ 4111.01 *et seq.*  Defendant Brown County Senior Citizens Council has denied any such violations.

2. The settlement will cover Named Plaintiff Michelle Weaver and the other two participating employee Opt-In Plaintiffs – Jennifer Stephens and Rebecca L. Hurley – as provided in the Settlement Agreement and Individual Payments Allocation Schedule, all of whom joined the action by submitting consent forms filed with the Court in accordance with 29 U.S.C. § 216(b).

3. The Court finds that the proposed settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b). There is "a bona fide dispute between the parties as to the employer's liability" and the settlement "is fair, reasonable, and adequate." *Kritzer v. Safelite Solutions, LLC*, 2012 U.S. Dist. LEXIS 74994, at *17-20 (S.D. Ohio May 30, 2012); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982)).

4. The Court approves the Settlement Agreement and Individual Payments Allocation Schedule, and orders that the Settlement Agreement be implemented according to its terms and conditions and as directed herein.

5. The Court finds that the Total Settlement Amount, as well as the proposed distributions to the Plaintiffs as listed in the Individual Payments Allocation Schedule, are fair and reasonable. The Court approves the Individual Payments Allocation Schedule and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

6. The Court approves the proposed service award to Named Plaintiff Michelle Weaver, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement. Such an award is justified by Plaintiff's efforts on behalf of other settlement participants and is consistent with awards in other wage and

hour collective actions approved by courts within the Sixth Circuit, Ohio, and this District. *See, e.g., Myres v. Hopebridge, LLC*, No. 2:20-cv-5390, 2023 U.S. Dist. LEXIS 41294, at *14-15 (S.D. Ohio Feb. 21, 2023).

7. The Court approves the payment of attorneys' fees and expense reimbursements to Plaintiffs' Counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement. Based on the evidence and arguments presented in the motion papers, the fee payment falls within the range of fees awarded by courts within this District in other FLSA settlements. (Docs. 22 at 16-20; Doc. 22-4).

8. As requested by the parties in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

9. The case and all claims in this matter are **DISMISSED with prejudice**. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 5/24/2023          *s/Timothy S. Black*
                          Timothy S. Black
                          United States District Judge