AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| MICHELLE!WEAVER,!*on behalf of herself and all others similarly situated,* ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  1:22-cv-70 |
| BROWN COUNTY SENIOR CITIZENS COUNCIL, ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The joint motion for approval of settlement (Doc. 22) is GRANTED; The Court approves the proposed
Settlement Agreement and the Individual Payments Allocation Schedule; The case and all claims in this
matter are DISMISSED with prejudice; and this case is TERMINATED on the docket of this Court.  .

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Timothy S. Black, U.S. District Judge _____  on a motion for

approval of settlement pursuant to the Fair Labor Standards Act ("FLSA"), 29 USC § 216(b). (Doc. 22)  .

Date:   5/24/2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*